ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :     SEALED
          - v. -                    :     INDICTMENT
                                    :
EDGAR BELAPATINO SAVARESSE,         :     13 Cr.
     a/k/a "Edgar Belapatino," and  :     13 CRIM 987
ENZO VETTESE,                       :
                                    :
                    Defendants.     :
                                    :
------------------------------------x

COUNT ONE

The Grand Jury charges:

1.   From in or about March 2013 up to and including in or about July 2013, in the Southern District of New York and elsewhere, ENZO VETTESE, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1956(a)(1)(B).

2.   It was a part and an object of the conspiracy that ENZO VETTESE, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, willfully and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit,

the proceeds of illegal narcotics transactions, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity and to avoid a transaction reporting requirement under State and Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(B).

### Overt Act

3.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York:

a.   On or about March 18, 2013, in New York, New York, ENZO VETTESE, the defendant, possessed approximately $240,000 of cash narcotics proceeds contained inside of a suitcase.

(Title 18, United States Code, Section 1956(h)).

### COUNT TWO

The Grand Jury further charges:

4.   In or about March 2013, in the Southern District of New York, EDGAR BELAPATINO SAVARESSE, a/k/a "Edgar Belapatino," and ENZO VETTESE, the defendants, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity,

2

willfully and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of illegal narcotics transactions, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity and to avoid a transaction reporting requirement under State and Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(B).

(Title 18, United States Code, Sections 1956(a)(1)(B) and 2).

## FORFEITURE ALLEGATION

5. As a result of committing the money laundering offense alleged in Count Two of this Indictment, EDGAR BELAPATINO SAVARESSE, a/k/a "Edgar Belapatino," the defendant, and as a result of committing the money laundering offenses alleged in Counts One and Two of this Indictment, ENZO VETTESE, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1), all property, real and personal, involved in the offense and all property traceable to such property.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 982(a)(1) and 982(b).)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EDGAR BELAPATINO SAVARESSE,
a/k/a "Edgar Belapatino," and
EZNO VETTESE,

      Defendants.

---

INDICTMENT

13 Cr.

(18 U.S.C. §§ 1956(h), 1956(a)(1)(B), and 2.)

      PREET BHARARA
     United States Attorney.

A TRUE BILL

     /s/ Susan March
       Foreperson.

12/19/13 Filed Indictment Warrant Issued

cop, ssm